FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 OCT 25  A 10: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ANDREW STEWART, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No. WDQ 09-2612 |
| BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, *et al.* | : |
| Defendant. | : |

## Joint Stipulated Schedule

Per the Court's October 13, 2010 Order, Plaintiff and Defendants hereby propose and stipulate to the following schedule for proceedings in this matter:

| | |
|---|---|
| Deadline for Plaintiff's motion to compel depositions: | November 8, 2010 |
| Defendants' opposition to motion to compel and/or memorandum in support of request for protective order: | November 30, 2010 |
| Plaintiff's reply in support of motion to compel: | December 10, 2010 |

The "Discovery Deadline" shall be either an order denying the requested depositions or 60 days from an order granting depositions.

| | |
|---|---|
| Plaintiff's opening dispositive motion | 30 days from the Discovery Deadline |
| Defendants' opposition and cross-motion | 21 days from the date Plaintiff's motion is filed |
| Plaintiff's opposition and reply | 21 days from the date Defendants' opposition and cross-motion is filed |
| Defendants' reply | 15 days from the date Plaintiff's opposition and reply is filed |

The parties shall submit dates in accordance with the above time table by no later than 10 days after the Court's issuance of a ruling on Plaintiff's motion to compel depositions.

SO ORDERED:                                                                                    Dated:

_____                                                          10/25/10
The Honorable William D. Quarles, Jr.
United States District Court Judge


Dated: October 22, 2010                                        Respectfully submitted,

| /s/ by HMA w/permission<br>Kelly M. Lippincott<br>Federal Bar No. 15931<br>Carr Maloney P.C.<br>1615 L Street, NW<br>Suite 500<br>Washington, DC 20036<br>Tel. 202-310-5591<br>Fax 202-310-5555<br>kml@carrmaloney.com<br><br>Michael H. Rosenthal, *pro hac vice*<br>Rosenthal Lurie LLC<br>Two Penn Center<br>1500 JFK Blvd., Suite 1230<br>Tel. (215) 496-9404<br>Fax (215) 600.1728<br>Michael@RosenthalLurie.com<br>*Counsel for Plaintiff* | /s/   HMA<br>Hisham M. Amin<br>Federal Bar No. 15570<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, D.C. 20006<br>Tel. (202) 857-0620<br>Fax (202) 659-4503<br>hamin@groom.com<br>*Counsel for Defendants* |
|---|---|